UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                                             No. 12 CR 556-LTS

LATTRELL RIDDLES,

       Defendant.

-------------------------------------------------------x

## ORDER

On April 19, 2021, Mr. Riddles filed a motion for early termination of his four-year term of supervised release, which commenced on February 16, 2018, and is due to expire on February 15, 2022. (See docket entry no. 403.) Mr. Riddles proffers that he has completed 38 months of supervised release so far, has been fully compliant with all terms of his supervised release—including maintaining a full-time residence and employment, not incurring new arrests, and testing negative for drugs—and has satisfied his $100 special assessment fee. He is also a first-time offender. As noted in the Government's opposition to Mr. Riddles' request for early termination, which was filed on May 5, 2021, the U.S. Probation office has consented to an early termination, noting that Mr. Riddles' "adjustment to supervised release has been favorable[,]" that he was "transferred to our Low Intensity Caseload based on his Post-Conviction Risk Assessment score of low[,]" and that he "has demonstrated the ability to self-manage beyond the period of supervision." (See docket entry no. 406 at 2-3.)

In light of the Probation Office's evaluation of Mr. Riddles' readiness to lead a lawful and productive life beyond the period of supervision and the policy within this district favoring early termination of supervised release where a supervisee has successfully reintegrated

into the community and does not pose a foreseeable risk to public safety or any individual third-party, Mr. Riddles' motion for early termination of his term of supervised release is hereby granted, effective May 12, 2021.

This Order resolves docket entry no. 403.

SO ORDERED.

Dated: New York, New York
   May 12, 2021

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge